UNITED STATES of America,
Plaintiff–Appellee,

v.

Omar L. GARCIA, Defendant–
Appellant.

No. 14–13853
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 16, 2015.

Wifredo A. Ferrer, Kathleen Mary Salyer, U.S. Attorney's Office, Miami, FL, Adrienne Rabinowitz, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Thomas John Butler, Thomas Butler, Esq., Miami Beach, FL, Omar L. Garcia, Jesup, GA, for Defendant–Appellant.

Before TJOFLAT, WILSON and EDMONDSON, Circuit Judges.

PER CURIAM:

Thomas Butler, counsel for Omar Garcia in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to

*Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit,[*] counsel's motion to withdraw is **GRANTED,** and Garcia's convictions and sentences are **AFFIRMED.**

---

[*] Given the state of the record, we cannot decide issues of ineffective assistance of counsel

---

or of prosecutorial misconduct in this appeal.